UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MARK A. PRICE,

        Plaintiff,                         Case No. 1:09cv85

v.                                             Hon. Robert J. Jonker

LORI ANN EIRING, et al.,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 16, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 16, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendants GMAC and Semperian's motion to dismiss (docket #19) is **GRANTED**; Defendants Klingaman, State Farm and Lancaster's motion to dismiss (docket # 21) is **GRANTED**; Defendant Korolewicz's motion to dismiss (docket #22) is **GRANTED**; Defendant Eiring's motion to dismiss for lack of personal jurisdiction (docket #43) is **GRANTED**; Defendant Eiring's motion to strike plaintiff's second response (docket #51) is **GRANTED**; and Plaintiff's motion to file a second amended complaints (docket #30) is **DENIED**. This matter is closed.

                                                              /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

DATED: March 5, 2010.